28 F.3d 1209
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Steven T. DIFATO, Plaintiff-Appellant,
v.
Donna E. SHALALA, Secretary of Health and Human Services,
Defendant-Appellee.
 No. 94-1195.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 23, 1994.
Decided July 15, 1994.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Clarence E. Goetz, Chief Magistrate Judge. (CA-93-1336-B)
 Steven T. Difato, appellant Pro Se.
 Deborah Fitzgerald, United States Department of Health and Human Services, Philadelphia, PA, for appellee.
 D.Md.
 AFFIRMED.
 Before MURNAGHAN and WILKINS, Circuit Judges, and SPROUSE, Senior Circuit Judge.
 
 PER CURIAM
 
 1
 Appellant appeals from the magistrate judge's* order affirming the Secretary's termination of benefits. Our review of the record and the magistrate judge's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the magistrate judge. Difato v. Shalala, No. CA-93-1336-B (D. Md. Jan. 6, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. Sec. 636(c) (1988)